| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mathew Clayton | 1/11/1988 | VA | Eastern District of California | Yes | City Of Vacaville (CA4810008) | No | Ulcerative Colitis | 1-9 |
| 2 | Yvonne Clayton | 4/25/1971 | TX | Central District of California | No | Compton City Water Department (CA1910026) | No | Kidney Cancer | 1-9 |
| 3 | Ralph Coffman | 8/5/1951 | NC | Eastern District of California | No | Cal Am - Suburban Rosemont (CA3410010) | No | Testicular Cancer | 1-9 |
| 4 | Jonathan Collins | 9/9/1986 | TX | Northern District of Texas | No | Weatherford (OK2002002) | No | Testicular Cancer | 1-9 |
| 5 | Ted Cooper | 9/26/1966 | NC | Northern District of Illinois | No | Freeport (IL1770200) | No | Ulcerative Colitis | 1-9 |
| 6 | Martha Couch | 9/14/1969 | WA | Northern District of Texas | No | City Of Haltom City (TX2200014) | No | Kidney Cancer | 1-9 |
| 7 | Clifford Creevy | 5/7/1960 | OH | Western District of Pennsylvania | No | Erie City Water Authority (PA6250028) | No | Kidney Cancer | 1-9 |
| 8 | Antonio Saucedo | 8/13/1961 | WA | Middle District of Alabama | No | Enterprise Water Works (AL0000296) | No | Testicular Cancer | 1-9 |
| 9 | Daniel Smith | 11/15/1975 | OH | Northern District of Ohio | No | Akron City Public Water Service (OH7700011) | No | Testicular Cancer | 1-9 |
| 10 | Edward J. Smith | 3/18/1971 | NY | Southern District of New York | No | Veolia Water New York (NY4303673) | No | Kidney Cancer | 1-9 |
| 11 | Gordon G Smith | 1/1/1943 | IN | Northern District of Indiana | No | Elkhart Public Works & Utilities (IN5220008) | No | Kidney Cancer | 1-9 |
| 12 | Gregory Smith | 1/27/1959 | FL | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 13 | Jessica Smith | 2/22/1985 | CA | Northern District of California | No | City Of Sacramento (CA3410020) | No | Ulcerative Colitis | 1-9 |
| 14 | John Smith | 3/30/1960 | FL | Southern District of Florida | No | City of Pompano Beach (FL4061129) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 15 | John Smith | 3/30/1960 | FL | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| 16 | Kevin Smith | 3/24/1966 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Testicular Cancer | 1-9 |
| 17 | Larry Smith | 7/30/1952 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Kidney Cancer | 1-9 |
| 18 | Larry Smith | 1/15/1969 | AL | Northern District of Alabama | No | Muscle Shoals Utility Board (AL0000321) | No | Kidney Cancer | 1-9 |
| 19 | Manuel Smith | 6/8/1963 | AL | Northern District of Alabama | No | Muscle Shoals Utility Board (AL0000321) | No | Kidney Cancer | 1-9 |
| 20 | Matt Smith | 3/19/1985 | CA | Southern District of California | No | Mishawaka Utilities (IN5271009) | No | Testicular Cancer | 1-9 |
| 21 | Micah Smith | 2/18/2000 | CA | Eastern District of California | No | California Water Service - Visalia (CA5410016) | No | Testicular Cancer | 1-9 |
| 22 | Michael Smith | 4/17/1970 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 23 | Michael Smith | 12/1/1966 | PA | Middle District of Pennsylvania | No | Wyomissing Borough Water System (PA3060083) | No | Testicular Cancer | 1-9 |
| 24 | Michael Smith | 9/23/1988 | IA | Southern District of Iowa | No | Harpeth Valley U.D. (TN0000286) | No | Testicular Cancer | 1-9 |
| 25 | Nathan Smith | 1/29/1987 | IL | Northern District of Illinois | No | Chicago (IL0316000) | No | Testicular Cancer | 1-9 |
| 26 | Nathaniel Smith | 6/10/1948 | LA | Western District of Louisiana | No | North Franklin Water Works (LA1041003) | No | Kidney Cancer | 1-9 |
| 27 | Priscilla Smith | 8/19/1942 | VA | Eastern District of Virginia | No | City Of Newport News (VA3700500) | No | Kidney Cancer | 1-9 |
| 28 | Regina Smith | 8/3/1949 | NC | Eastern District of North Carolina | No | City of Durham (NC0332010) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 29 | Ronald Smith | 12/2/1966 | FL | Southern District of Florida | No | City Of Hollywood (FL4060642) | No | Testicular Cancer | 1-9 |
| 30 | Rose Smith | 10/18/1957 | CA | Eastern District of California | No | Sacramento County Water Authority - Laguna/Vineyard (CA3410029) | No | Kidney Cancer | 1-9 |
| 31 | Vanessa Smith | 4/13/1955 | NC | Middle District of North Carolina | No | Town of Siler City (NC0319010) | No | Kidney Cancer | 1-9 |
| 32 | Vincent Smith | 10/12/1949 | NJ | District of New Jersey | No | Jersey City Municipal Utilities Authority (NJ0906001) | No | Kidney Cancer | 1-9 |
| 33 | Ester Smith-Cobb | 1/23/1946 | FL | Middle District of Florida | No | Indiana American Water - Northwest (IN5245015) | No | Kidney Cancer | 1-9 |
| 34 | Melvin Thomas Smitherman | 11/14/1955 | AL | Northern District of Alabama | No | Montevallo Water Works & Sewer (AL0001160) | No | Kidney Cancer | 1-9 |
| 35 | Thomas A. Snare | 2/10/1958 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 36 | Robert Snedegar | 10/23/1987 | NV | District of Nevada | No | Truckee Meadows Water Authority (NV0000190) | No | Testicular Cancer | 1-9 |
| 37 | Rosella Snell | 5/15/1949 | AK | District of Alaska | No | MOA Municipality of Anchorage (AK2210906) | No | Ulcerative Colitis | 1-9 |
| 38 | Michael R. Snodgrass | 1/16/1959 | WI | Eastern District of Wisconsin | No | Palmyra Waterworks (WI1280112) | No | Kidney Cancer | 1-9 |
| 39 | Ryan M Snook | 7/20/1981 | CA | Central District of California | No | City of Anaheim (CA3010001) | No | Testicular Cancer | 1-9 |
| 40 | Christy Snyder | 2/9/1958 | IL | Southern District of Illinois | No | East Alton (IL1190200) | No | Kidney Cancer | 1-9 |
| 41 | Jared Snyder | 9/19/1984 | MA | District of Massachusetts | No | Fitchburg Dpw, Div. Of Water Supply (MA2097000) | No | Testicular Cancer | 1-9 |
| 42 | Jordan Snyder | 10/6/1976 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 43 | James Soden | 3/24/1967 | GA | Southern District of Georgia | No | Savannah-Main (GA0510003) | No | Kidney Cancer | 1-9 |
| 44 | Phillip Somers | 5/31/1948 | NH | District of Massachusetts | No | Shrewsbury Water Department (MA2271000) | No | Kidney Cancer | 1-9 |
| 45 | Laura Sorenson | 5/16/1977 | WA | Western District of Washington | No | West Sound Utility District #1 (WA5302600) | No | Ulcerative Colitis | 1-9 |
| 46 | David Soriano | 2/12/2002 | FL | Middle District of Florida | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |
| 47 | David Sotelo | 1/10/1953 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 48 | Gregorio Soto | 12/21/1964 | FL | Middle District of Florida | No | City of Ocala (FL3420922) | No | Kidney Cancer | 1-9 |
| 49 | Brian Soukup | 9/12/1970 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Testicular Cancer | 1-9 |
| 50 | James Sousa | 7/7/1961 | MA | District of Massachusetts | No | Abington/Rockland Joint Water Works (MA4001000) | No | Kidney Cancer | 1-9 |
| 51 | John Souza | 10/19/1981 | OR | District of Oregon | No | Bend Water Department (OR4100100) | No | Testicular Cancer | 1-9 |
| 52 | Eric Sova | 9/24/1992 | TX | Western District of Texas | No | City Of Leander (TX2460012) | No | Testicular Cancer | 1-9 |
| 53 | Ainsley Spears | 9/14/2001 | NV | District of South Carolina | No | City of Columbia (SC4010001) | No | Ulcerative Colitis | 1-9 |
| 54 | Jeff Spelgatti | 1/14/1971 | WA | District of Washington | No | City Of Richland (WA5372250) | No | Testicular Cancer | 1-9 |
| 55 | Daniel Spencer | 6/21/1965 | NV | District of Rhode Island | No | Lincoln Water Commission (RI1858423) | No | Kidney Cancer | 1-9 |
| 56 | Darrick Spencer | 7/28/1976 | NC | Middle District of North Carolina | No | Stanly County - Palestine-Badin District (NC0184141) | No | Testicular Cancer | 1-9 |
| 57 | Daryl Spencer | 9/5/1954 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 58 | Sue Ellen Spencer | 7/13/1955 | FL | Middle District of Florida | No | FKAA J. Robert Dean WTP (FL4134357) | No | Kidney Cancer | 1-9 |
| 59 | Sean Sperber | 7/18/1983 | NJ | District of Columbia | No | DC Water And Sewer Authority (DC0000002) | No | Testicular Cancer | 1-9 |
| 60 | Donald Spetnagel | 8/4/1955 | FL | Middle District of Florida | No | Winter Haven Water Department (FL6531992) | No | Kidney Cancer | 1-9 |
| 61 | Nancy Spiegelberg | 10/8/1949 | WA | Western District of Washington | No | City of Vancouver (WA5391200) | No | Kidney Cancer | 1-9 |
| 62 | John Spiezio | 5/6/1963 | NY | Eastern District of New York | No | Village of Hempstead (NY2902827) | No | Kidney Cancer | 1-9 |
| 63 | Kenneth Spivey | 3/22/1961 | AL | Middle District of Alabama | No | Cliffdale West (NC0326332) | No | Kidney Cancer | 1-9 |
| 64 | Michael Spivey | 11/8/1968 | FL | Middle District of Florida | No | Winter Haven Water Department (FL6531992) | No | Kidney Cancer | 1-9 |
| 65 | Wanda Spoor | 6/4/1957 | AZ | District of Arizona | No | Reading Area Water Authority (PA3060059) | No | Kidney Cancer | 1-9 |
| 66 | Susan Spurlock | 6/23/1945 | FL | Southern District of Florida | No | Clermont Public Water System (OH1302212) | No | Kidney Cancer | 1-9 |
| 67 | Ellen Spurr | 2/27/1949 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Liver Cancer | 1-9 |
| 68 | Elitrous Squires | 3/5/1963 | NC | Eastern District of North Carolina | No | Greenville Utilities Commission (NC0474010) | No | Kidney Cancer | 1-9 |
| 69 | Anton F Stackow | 8/26/1958 | DE | District of New Jersey | No | Middlesex Water Company (NJ1225001) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 70 | Robert Stacy | 11/30/1955 | CT | District of Connecticut | No | South Central Connecticut Regional Water Authority (CT0930011) | No | Testicular Cancer | 1-9 |
| 71 | Jason Stahl | 6/1/1963 | FL | District of Arizona | No | Arizona Water Co. - Sedona (AZ0403003) | No | Kidney Cancer | 1-9 |
| 72 | Weis Standfield | 10/6/1975 | KY | Eastern District of Kentucky | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 73 | Terry Stanger | 8/4/1973 | FL | Middle District of Florida | No | Mims Water Treatment / North Brevard County (FL3050834) | No | Kidney Cancer | 1-9 |
| 74 | Charles Stanley | 6/27/1958 | TX | District of South Carolina | No | Shaw Air Force Base (SC4310501) | No | Kidney Cancer | 1-9 |
| 75 | Ckriztopher Stanley | 11/22/1950 | CA | Central District of California | No | City of Colton (CA3610014) | No | Kidney Cancer | 1-9 |
| 76 | Emily Staples | 11/16/1983 | IN | Northern District of Indiana | No | Dayton Public Water System (OH5703512) | No | Ulcerative Colitis | 1-9 |
| 77 | Christopher A Stapleton | 4/6/1983 | IN | Northern District of Indiana | No | Huber Heights Public Water System (OH5703612) | No | Kidney Cancer | 1-9 |
| 78 | Joshua Starkweather | 1/2/1989 | KY | Eastern District of Kentucky | No | City Of Newport News (VA3700500) | No | Testicular Cancer | 1-9 |
| 79 | Kathleen Stauffer | 1/22/1958 | PA | Middle District of Pennsylvania | No | Dover Township Water System (PA7670073) | No | Kidney Cancer | 1-9 |
| 80 | Terrence Steele | 8/12/1949 | OH | Southern District of Ohio | No | Del-Co Water Company, Inc. (OH2101412) | No | Kidney Cancer | 1-9 |
| 81 | Roger Stegall | 3/6/1947 | IL | Central District of Illinois | No | North Park PWD (IL2015500) | No | Kidney Cancer | 1-9 |
| 82 | Jacob Stepansky | 5/8/1949 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 83 | Brent Stephens | 10/29/1958 | NC | Middle District of North Carolina | No | City Of High Point (NC0241020) | No | Kidney Cancer | 1-9 |
| 84 | Michael Stephens | 8/27/1983 | PA | Western District of Pennsylvania | No | Columbus Water Works (GA2150000) | No | Testicular Cancer | 1-9 |
| 85 | Mario Steriti | 9/29/1993 | NJ | District of New Jersey | No | Veolia Water New Jersey - Toms River (NJ1507005) | No | Ulcerative Colitis | 1-9 |
| 86 | Douglass Stevens Jr. | 3/11/1969 | OR | District of Oregon | No | Bend Water Department (OR4100100) | No | Testicular Cancer | 1-9 |
| 87 | Pierce Stevens Jr. | 3/27/1957 | MS | Southern District of Mississippi | No | Town Of Anguilla (MS0630001) | No | Kidney Cancer | 1-9 |
| 88 | Robert Stevenson | 2/10/1958 | GA | Northern District of Georgia | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 89 | Matthew Steward | 2/27/1985 | OR | District of Oregon | No | Truckee Meadows Water Authority (NV0000190) | No | Testicular Cancer | 1-9 |
| 90 | Linda Stewart-Passantino | 10/27/1954 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 91 | Andrew Stewart | 7/5/1960 | SC | District of South Carolina | No | Summerville CPW (SC1810003) | No | Kidney Cancer | 1-9 |
| 92 | Ida Stewart | 9/4/1952 | SC | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 93 | Joshua Stewart | 10/18/1978 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Testicular Cancer | 1-9 |
| 94 | Justin Stewart | 2/20/1997 | TX | Western District of Texas | No | City Of Allen (TX0430025) | No | Testicular Cancer | 1-9 |
| 95 | Tawni Stewart | 2/15/1965 | WA | Western District of Washington | No | City of Vancouver (WA5391200) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 96 | Kurt Stiess | 7/1/1955 | PA | Middle District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 97 | Isabelle Stigall | 2/8/1957 | WA | Eastern District of Washington | No | City Of Moses Lake (WA5356300) | No | Kidney Cancer | 1-9 |
| 98 | Paul E. Still | 3/8/1989 | WA | Eastern District of Washington | No | City of Spokane (WA5383100) | No | Testicular Cancer | 1-9 |
| 99 | Bryce Stirton | 1/27/1988 | FL | Southern District of Florida | No | City of Fort Worth (TX2200012) | No | Testicular Cancer | 1-9 |
| 100 | Dawn Stofle | 7/22/1955 | LA | Western District of Louisiana | No | Fort Bend County Mud 133 (TX0790444) | No | Kidney Cancer | 1-9 |
| 101 | Richard Stone | 7/14/1959 | MA | District of Massachusetts | No | Sterling Water Department (MA2282000) | No | Kidney Cancer | 1-9 |
| 102 | Thomas Duane Stonebraker Sr. | 7/12/1950 | DE | District of Delaware | No | Newark Water Department (DE0000630) | No | Kidney Cancer | 1-9 |
| 103 | Tyrone Stott | 1/29/1964 | NC | Eastern District of North Carolina | No | Washington Suburban Sanitary Commission (MD0150005) | No | Kidney Cancer | 1-9 |
| 104 | Ismael Stout Rodriguez | 8/24/1952 | TX | Southern District of Texas | No | City Of Edinburg (TX1080004) | No | Kidney Cancer | 1-9 |
| 105 | Jay Stover | 5/4/1970 | AL | Southern District of Alabama | No | Rainbow City Utilities Board (AL0000588) | No | Kidney Cancer | 1-9 |
| 106 | Jolyne Strachan | 5/25/1949 | FL | Southern District of Florida | No | City Of Hollywood (FL4060642) | No | Kidney Cancer | 1-9 |
| 107 | Scott Straight | 2/5/1973 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 108 | James Stratenberger | 6/14/1973 | OH | Southern District of Ohio | No | Dayton Public Water System (OH5703512) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 109 | Douglas Straw | 1/31/1957 | TX | Southern District of Texas | No | City Of Pasadena (TX1010293) | No | Ulcerative Colitis | 1-9 |
| 110 | Christopher Strawderman | 5/17/1977 | FL | Northern District of Florida | No | Peoples Water Service Company (FL1170527) | No | Testicular Cancer | 1-9 |
| 111 | Anthony Streffacio | 4/13/1965 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 112 | Rickie Strickland | 7/20/1964 | NJ | District of New Jersey | No | Bridgeton City Water Department (NJ0601001) | No | Kidney Cancer | 1-9 |
| 113 | John Strilecki | 7/5/1960 | CA | Central District of California | No | San Gabriel Valley Water Co. - El Monte (CA1910039) | No | Kidney Cancer | 1-9 |
| 114 | Gillian Strycker | 8/18/1998 | IN | Northern District of Indiana | No | Elkhart Public Works & Utilities (IN5220008) | No | Ulcerative Colitis | 1-9 |
| 115 | Daniel Stuardo | 6/29/1985 | CA | Southern District of California | No | City Of Tempe (AZ0407100) | No | Ulcerative Colitis | 1-9 |
| 116 | William Stuckey | 6/10/1953 | TX | Southern District of Texas | No | City Of Grand Prairie (TX0570048) | No | Kidney Cancer | 1-9 |
| 117 | William Stufflebean | 8/6/1960 | WA | Western District of Washington | No | City of Vancouver (WA5391200) | No | Kidney Cancer | 1-9 |
| 118 | Gary Sturgill | 8/4/1991 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Testicular Cancer | 1-9 |
| 119 | Karen Sturm | 2/16/1948 | FL | Middle District of Florida | No | Charlotte County Utilities (FL5084100) | No | Kidney Cancer | 1-9 |
| 120 | Albert Sturtz | 7/20/1979 | TN | Norhtern District of Ohio | No | Aqua Ohio - Massillon Pws (OH7604512) | No | Testicular Cancer | 1-9 |
| 121 | Rosa Suarez | 9/29/1961 | FL | Southern District of Florida | No | FKAA J. Robert Dean WTP (FL4134357) | No | Kidney Cancer | 1-9 |
| 122 | Richard Subrin | 11/5/1950 | IL | Northern District of Illinois | No | Norwell Water Department (MA4219000) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 123 | Stephen Suddath | 3/15/1997 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Testicular Cancer | 1-9 |
| 124 | Justin Suib | 11/17/1990 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Testicular Cancer | 1-9 |
| 125 | Johnny Suleiman | 1/14/1968 | GA | Northern District of Georgia | No | Paulding County Water System;Cobb County (GA2230002) | No | Kidney Cancer | 1-9 |
| 126 | Sue Anne Sullivan Griffin | 11/21/1966 | UT | District of Utah | No | Murray City Water System (UTAH18024) | No | Kidney Cancer | 1-9 |
| 127 | Brian Sullivan | 5/31/1963 | IL | Central District of Illinois | No | City Of Richland (WA5372250) | No | Ulcerative Colitis | 1-9 |
| 128 | Mark Sullivan | 8/26/1960 | VA | Western District of Virginia | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |
| 129 | Octavious Sumbry | 7/13/1986 | PA | Middle District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 130 | Beatrice Sustaita | 9/19/1977 | CA | Eastern District of California | No | City of Fresno (CA1010007) | No | Kidney Cancer | 1-9 |
| 131 | Alan Sutterlin | 9/10/1959 | KY | Western District of Kentucky | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 132 | John Swacker | 6/16/1993 | FL | Southern District of Florida | No | City Of Southlake (TX2200075) | No | Ulcerative Colitis | 1-9 |
| 133 | Walter Swan Jr. | 4/26/1967 | SD | District of South Dakota | No | Rapid City (SD4600406) | No | Kidney Cancer | 1-9 |
| 134 | Matthew Swanson | 1/27/1984 | WI | Eastern District of Wisconsin | No | Omro Waterworks (WI4710357) | No | Ulcerative Colitis | 1-9 |
| 135 | Robert Sweed | 11/12/1959 | PA | Western District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 136 | Michael Sweeney | 11/17/1959 | DE | District of Delaware | No | Artesian Water Company (DE0000552) | No | Kidney Cancer | 1-9 |
| 137 | Stacey Sweeney | 12/22/1962 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 138 | Will Sweeney | 4/14/1994 | CA | Central District of California | No | City Of Garden Grove (CA3010062) | No | Kidney Cancer | 1-9 |
| 139 | Michael Sweet | 9/16/1988 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Testicular Cancer | 1-9 |
| 140 | Raymond Walter | 3/1/1954 | MO | Central District of Illinois | No | Quincy (IL0010650) | No | Kidney Cancer | 1-9 |